## DECLARATION OF ███████████

███████████, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is ███████████. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability. This declaration was executed in the state of Georgia, where I am currently located.
2. I was a victim of child sex trafficking at the Master's Inn, located at 1435 Montreal Road, Tucker, Ga 30084, off and on from 2011, age 14, through 2013, age 16.
3. My traffickers chose the Master's Inn because it was a place where they could blend in, where that kind of activity was already happening, and where people working at the hotel were aware of and involved in what was going on.
4. I would see multiple men for sex each day at the Master's Inn. It was often back-to-back.
5. The hotel would call my trafficker, and we would either have to stop seeing dates, or they would move us to another area, so guests wouldn't complain.
6. Housekeeping cleaned my room every day and often saw signs of sex work, like the trash can full of used condoms.
7. When I ran out of condoms, I could buy more from the vending machine in the front office.
8. It was common to see pimps trafficking more than one girl at a time at the Master's Inn. Most of the girls and women there had pimps.
9. I saw ███████████, another sex trafficking victim I knew from Georgia Baptist, at the hotel with her pimp Bachi. She was forcibly being sold for sex during the same time I was being sold.

10. Young girls would stand around outside wearing very skimpy clothes and walking around to find a buyer in the parking lot. The trafficking was all done out in the open and obvious to anyone on the property.
11. It was common to see men arriving at all hours, parking for short periods of time, and then leaving.
12. The Master's Inn was located on a well-known track. I met buyers that purchased me for sex while walking the track and brought them back to the Master's Inn.
13. The employees at the Master's Inn knew what was going on. The activity was obvious. There were always young girls hanging around, men coming and going from the hotel at all hours, and pimps openly watching the girls. The staff saw this every day and did nothing to stop it.
14. Under 28 U.S.C. § 1746, I declare under penalty of perjury that this Declaration comprising 14 numbered paragraphs is true and correct.

Executed on December 2, 2025.

