## **DECLARATION OF** ███████████████

███████████████, pursuant to 28 U.S.C. § 1746, and subject to the penalties

of perjury declares as follows:

1.      My name is ████████████. I am more than twenty-one years of age,
competent to testify, have no legal or mental disability and have personal
knowledge of the facts stated herein. I freely give this declaration for use in
this case. This declaration was executed in the state of Georgia, where I am
currently located.

2.      In 2015 and 2016, I was violently trafficked for sex at the Masters Inn. I stayed
there multiple times, including one stay that lasted about three weeks to a
month. While I was there, my trafficker pistol whipped me and abused me
physically and verbally.

3.      Each day, I was forced to see about 8–12 buyers of sex per day. The buyers
would be in the room for about 30 minutes to an hour at a time and then leave.
While I was with a buyer, my trafficker would leave the room but stay close
by, watching and waiting for the buyer to leave. As soon as the buyer left, my
trafficker came back into the room to take the money.

4.      Hotel staff placed us in a room that was in a quiet, out-of-the-way part of the
hotel. Most regular guests did not walk past our room. Food was delivered to
the room multiple times while I was at the hotel.

5.     Housekeeping did not clean the room during my stay. They would knock on the door, and my trafficker would open it and tell them we did not need service.

6.     On two different occasions, I went to the front desk and told staff what was happening to me at the hotel. The staff could see my clothing, like crop tops, short shorts, and high heels, that made it obvious that I was being sold for sex. The staff asked me what I wanted them to do. When I asked them to help me or call the police, they told me it was not their job to help.

7.     I have read this Declaration consisting of 7 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on February 6, 2026.

