## DECLARATION OF CALVIN D. KING

Calvin D. King, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Calvin D. King. I am more than twenty-one years of age, competent to testify, have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Georgia, where I am currently located.

2. I have worked in law enforcement for over eighteen years. I am currently a Lieutenant with the Henry County Sheriff's Office. Prior to that, I worked for the Dekalb County Police Department from 2008 to 2021.

3. Beginning in 2015, I served as the lead detective in the Dekalb County Vice Unit, which was also part of the FBI's Metro Atlanta Child Exploitation ("MATCH") Task force. In that role, I worked in coordination with the FBI and was issued FBI task force credentials.

4. The Vice Unit was responsible for investigating vice crimes (e.g., drugs, prostitution, human trafficking) in Dekalb County and throughout the metro Atlanta area. I worked on over one hundred investigations relating to vice crimes, including drugs, prostitution, and human trafficking.

5. Before my assignment to the Vice Unit, I worked for four years on the Neighborhood Enforcement Team ("NET") Task Force, which focused on proactive law enforcement efforts in high-crime areas.

6. Before my work on the NET Task Force, I served as a patrol officer.

7. A history of my training and certifications is attached hereto as Exhibit A.

8. Since at least 2013, I have participated in numerous trainings regarding sex crimes, including sex trafficking.

9. In my experience, sex trafficking most commonly occurs in hotels. Hotels are used because they provide privacy and make it easier for traffickers to operate without drawing attention from law enforcement. I estimate that 85 percent of the prostitution and sex trafficking crimes I investigated involved hotels.

10. Traffickers are criminals. Traffickers choose hotels where they believe they can operate without getting caught by law enforcement. There are several reasons that make a hotel attractive to traffickers, including hotels with high crime, lax management or management that rents rooms to anyone who will pay, regardless of their activities (e.g., sex trafficking, prostitution, drugs), low staffing, easy access to the interstate, and little or no security presence, among others.

11. Law enforcement rely heavily on hotel owners to monitor their own properties and pay attention to what is occurring on site. Hotel staff have firsthand access

to areas and situations that police officers do not, including more opportunities to observe guests who may appear young or vulnerable and entering rooms during routine cleaning and maintenance.

12. The signs of commercial sex crimes like prostitution and sex trafficking are not difficult to identify. Some basic signs include frequent foot traffic to and from the same room over a short period of time, girls and women loitering in provocative clothing in common areas throughout the day and night, one person renting two or more rooms for a long period of time but paying for those rooms each day in cash, and rooms with drugs and sex paraphernalia.

13. An active commercial sex operation at a hotel is the biggest single red flag for sex trafficking. Allowing any kind of commercial sex on the property runs the risk that a person under the age of 18 is being sold for sex.

14. While working for the NET Task Force, and later the Vice Unit, one of my responsibilities was to be familiar with hotels in Dekalb County and in metro Atlanta with high crime rates and high rates of vice crime.

15. In the course of carrying out those responsibilities, I visited and became familiar with the Masters Inn located at 1435 Montreal Rd, Tucker, Georgia 30084.

16. Drug and commercial sex were common at Masters Inn. It was a hotspot for drug and commercial sex crimes.

3

17. Compared to other hotels in DeKalb County, Masters Inn was a problem hotel with a high rate of drug and commercial sex crimes occurring there regularly.

18. At any given point in time, based on my observations and experience, as many as 20 women or girls were engaged in commercial sex acts at the Masters Inn.

19. When a hotel had ongoing criminal activity, including sex trafficking or prostitution, we offered to meet with the owners to explain steps they could take to help prevent human trafficking. These steps included training employees to recognize signs that someone might be underage but more importantly to call the police anytime an employee observes activity on the property that does not seem right. To my knowledge, Masters Inn never requested such training.

20. It was common knowledge amongst all the hotel owners in Dekalb County that they could hire off-duty police officers as security at the hotel. To my knowledge, Masters Inn never hired any off-duty police officers or had any security officers at all.

21. Based on what I saw and experienced, the signs of commercial sex crimes (like prostitution and sex trafficking) at Masters Inn were common sense and apparent to Masters Inn staff. To my knowledge, the hotel did nothing to stop or prevent these sex crimes. Instead, it appeared that Masters Inn continued renting rooms to those involved and allowed the activity to continue.

22. I have read this Declaration consisting of 22 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on January 28, 2026.

                                                             Signed by: CD king  8AE142EBACA345F...
_____

Calvin D. King

# EXHIBIT A




# State of Georgia
# Peace Officer Standards and Training Council
## Network Data Gateway

# Data Report System
## Individual Officer Profile

*Created: 02-06-2025 02:10*

*Requested by: Jill Perry*

| | |
|---|---|
| Officer Key | O145356 |
| Officer Name | CALVIN D KING JR |
| Race | Black or African American (Not Hispanic or Latino) |
| Education | High School Diploma |
| Status | In Good Standing |



O145356

## Officer Certifications

| Certification | Description | Certification Type | Status |
|---|---|---|---|
| PA0120180096S | INTERMEDIATE CERTIFICATE | Career Development | Active |
| PS16110078S | LIDAR (LASER) OPERATOR | Specialized | Active |
| PBLE090986S | BASIC LAW ENFORCEMENT | Basic | Active |
| PBJA081321S | JAILER | Basic | Active |
| PBCO080316S | CORRECTIONS OFFICER | Basic | Active |

## Instructor Certifications

None Found

## Employment History

| Agency | Rank | Start Date | End Date | Status |
|---|---|---|---|---|
| HENRY COUNTY SHERIFF'S OFFICE | Lieutenant | June 10, 2024 | | Actively Employed in Law Enforcement |
| HENRY COUNTY SHERIFF'S OFFICE | Sergeant | July 25, 2022 | June 9, 2024 | Rank Change - Promotion |
| HENRY COUNTY SHERIFF'S OFFICE | Deputy Sheriff | October 18, 2021 | July 24, 2022 | Rank Change - Promotion |
| DEKALB COUNTY POLICE DEPARTMENT | Peace Officer | December 1, 2008 | October 13, 2021 | Voluntary Resignation |
| DEKALB COUNTY SHERIFFS OFFICE | Jail Officer | June 2, 2008 | November 28, 2008 | Voluntary Resignation |
| GEORGIA DIAGNOSTIC CLASSIFICATION PRISON | Corrections Officer | November 1, 2007 | May 31, 2008 | Voluntary Resignation |

## Sanctions

None Found

## Investigations

None Found

## Training History

| Date | Number | Course | Hours |
|---|---|---|---|
| January 31, 2025 | IFM22F | USE OF DEADLY FORCE | 2 |
| January 31, 2025 | ICR02G | DE-ESCALATION TECHNIQUES | 2 |
| January 31, 2025 | IFM19F | FIREARMS STRESS COURSE | 5 |

| Date | Code | Description | Hours |
|---|---|---|---|
| January 31, 2025 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| January 22, 2025 | DYE11G | Cultural Adeptness in Law Enforcement | 1 |
| January 22, 2025 | DYE00G | CULTURAL AWARENESS (Gov. Initiative) | 2 |
| January 22, 2025 | DYM11G | DE-ESCALATION OPTIONS FOR GAINING COMPLIANCE (GPSTC)(r.2020) | 3 |
| January 11, 2025 | DBM23G | Human Trafficking and the Commercial Sexual Exploitation of Children (2 hr)(new 2024) | 2 |
| January 11, 2025 | DGA04G | Gang Awareness (GPSTC-Governor's Initiative) | 1 |
| January 8, 2025 | IBM31G | INTELLIGENCE GATHERING | 1 |
| | | 2025 Total Hours : | 20 |
| December 5, 2024 | IFM33G | BEAN BAG MUNITIONS | 1 |
| November 27, 2024 | IFM33G | BEAN BAG MUNITIONS | 1 |
| October 31, 2024 | ILU00G | Legal Update | 1 |
| October 9, 2024 | UFL01F | PATROL RIFLE QUALIFICATION | 1 |
| October 9, 2024 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| October 1, 2024 | IFD04G | BARRICADED SUBJECTS | 4 |
| September 17, 2024 | IDG16G | TASER RECERTIFICATION | 2 |
| August 14, 2024 | DGB01G | CJIS Security Policy Awareness and Training/Awareness Statement | 1 |
| July 31, 2024 | IGB30G | CJIS NETWORK OPERATOR TRAINING | 5 |
| July 19, 2024 | IFM30F | MARKSMANSHIP SKILLS | 4 |
| July 17, 2024 | IGS10G | COMMUNITY POLICING | 2 |
| July 17, 2024 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| July 12, 2024 | IFM62F | TACTICAL HANDGUN TRAINING | 4 |
| July 11, 2024 | IBJ01G | ELECTRONIC SURVEILLANCE | 8 |
| July 1, 2024 | IQM06G | Promotion Training - Henry County SO | 1 |
| June 27, 2024 | IGS09G | COMMUNITY POLICING (BIASED BASED) | 2 |
| May 24, 2024 | IFM00F | FIREARMS TRAINING (NOT REQUALIFICATION) | 1 |
| May 24, 2024 | IFL00F | LONG GUN/RIFLE | 1 |
| April 19, 2024 | UFM01F | BACK-UP WEAPON QUALIFICATION | 1 |
| April 19, 2024 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| March 18, 2024 | IFM00F | FIREARMS TRAINING (NOT REQUALIFICATION) | 2 |
| March 4, 2024 | IEL00E | CPR with AED | 2 |
| February 14, 2024 | IFM22F | USE OF DEADLY FORCE | 2 |
| January 10, 2024 | IDG16G | TASER RECERTIFICATION | 2 |
| January 9, 2024 | NBO16G | International Association of Human Trafficking Investigators Conference | 16 |
| January 4, 2024 | DBM12G | Human Trafficking (GPSTC) | 2 |
| January 4, 2024 | DBO03G | INTRODUCTION TO GANGS IN GA (GPSTC) 3 hr version | 3 |
| | | 2024 Total Hours : | 72 |
| December 28, 2023 | IDG16G | TASER RECERTIFICATION | 2 |
| December 5, 2023 | IDM33D | Less Lethal Shotgun | 8 |
| December 1, 2023 | IDO07G | Pepperball Operator Course | 8 |
| November 30, 2023 | ICR12G | Civil Disturbance | 32 |
| November 17, 2023 | IEM20G | GA Access to Medical Cannabis | 1 |
| October 18, 2023 | SQL01G | Leadership in Public Safety: Theory and Practice (GPSTC) | 76 |
| October 5, 2023 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| September 25, 2023 | IDA01G | ASP BATON RECERTIFICATION | 1 |
| September 25, 2023 | IDO02D | OLEORESIN CAPSICUM (RE-FAMILIARIZATION) | 1 |
| September 5, 2023 | IBF03G | LIVESCAN FINGERPRINT SYSTEM | 3 |
| August 29, 2023 | DGB01G | CJIS Security Policy Awareness and Training/Awareness Statement | 2 |

| Date | Code | Course | Hours |
|---|---|---|---|
| August 25, 2023 | IDT01G | BUILDING CLEARINGS | 3 |
| August 22, 2023 | IGA00G | GANGS | 2 |
| August 21, 2023 | IHM20G | NIMS: IS-100 INTRO TO ICS | 2 |
| August 21, 2023 | IHM21G | NIMS: IS-200 BASIC ICS | 4 |
| August 21, 2023 | IHM24G | NIMS: IS-700 NIMS INTRO COURSE | 3 |
| August 21, 2023 | IHM25G | NIMS: IS-800 NAT. RESPONSE PLAN | 3 |
| August 2, 2023 | IQM00G | MISC. SUPERVISORY/MANAGEMENT SKILLS | 2 |
| July 26, 2023 | IDJ00D | HANDCUFFING TECHNIQUES (DEF TACTICS INSTRUCTOR) | 2 |
| June 6, 2023 | IGK00G | ETHICS AND PROFESSIONALISM | 2 |
| May 31, 2023 | IQM26G | RISK MGMT FOR L.E. | 2 |
| May 26, 2023 | IDT03G | BUILDING SEARCHS | 6 |
| May 18, 2023 | IFM10F | BARRICADE SHOOTING TECHNIQUES | 2 |
| May 18, 2023 | IFM00F | FIREARMS TRAINING (NOT REQUALIFICATION) | 1 |
| May 10, 2023 | IDT01G | BUILDING CLEARINGS | 3 |
| May 2, 2023 | ITC00G | CRIMES IN PROGRESS | 2 |
| April 30, 2023 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| April 30, 2023 | IFM22G | USE OF DEADLY FORCE | 1 |
| April 30, 2023 | IGS10G | COMMUNITY POLICING | 2 |
| April 21, 2023 | NBM70G | MANTRACKER PUBLIC SAFETY TRAINING CONFERENCE | 4 |
| April 17, 2023 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| April 17, 2023 | UFL01F | PATROL RIFLE QUALIFICATION | 1 |
| April 14, 2023 | IXM18G | NARCAN | 2 |
| March 31, 2023 | IES10G | HELICOPTER SAFETY | 4 |
| March 22, 2023 | IQL00G | LEADERSHIP | 8 |
| March 10, 2023 | IDG04G | TASER SIMULATOR TRAINING | 2 |
| March 2, 2023 | ILC05G | ELEMENTS OF ARREST | 2 |
| February 20, 2023 | IFD27G | VEHICLE ASSAULTS | 4 |
| February 8, 2023 | IEM00E | MISCELLANEOUS EMERGENCY MEDICAL | 2 |
| February 6, 2023 | IQS00G | SUPERVISION | 2 |
| January 27, 2023 | IBS00G | SEX CRIMES INVESTIGATION | 2 |
| January 25, 2023 | IHQ21G | MASS CASUALTY INCIDENTS | 3 |
| January 24, 2023 | IHT00G | FIRE SAFETY TRAINING | 2 |
| January 10, 2023 | ICC01G | SUICIDE PREVENTION | 4 |

2023 Total Hours : 221

| Date | Code | Course | Hours |
|---|---|---|---|
| October 29, 2022 | NGM03G | NOBLE ANNUAL CONFERENCE | 2 |
| October 29, 2022 | NCP08G | DE-ESCALATION TRAINING (GOV. INITIATIVE) | 1 |
| October 29, 2022 | NDU04G | Use of Force Training for Gov. Initiative Credit | 1 |
| October 28, 2022 | NGM03G | NOBLE ANNUAL CONFERENCE | 8 |
| October 14, 2022 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| October 3, 2022 | IHT00G | FIRE SAFETY TRAINING | 1 |
| September 29, 2022 | IFD00F | SWAT TRAINING | 8 |
| September 23, 2022 | IDT01G | BUILDING CLEARINGS | 5 |
| September 22, 2022 | IGB30G | CJIS NETWORK OPERATOR TRAINING | 5 |
| September 22, 2022 | DGB01G | GCIC SECURITY AWARENESS TRAINING | 1 |
| September 19, 2022 | IEM00E | MISCELLANEOUS EMERGENCY MEDICAL | 2 |
| August 29, 2022 | IFM60G | Flying While Armed (GPSTC) | 2 |
| August 26, 2022 | IDT01G | BUILDING CLEARINGS | 8 |
| July 21, 2022 | IFM17F | ADVANCED TACTICAL MARKSMANSHIP | 6 |

| Date | Code | Course | Hours |
|---|---|---|---|
| July 18, 2022 | DSD02G | Essentials of Law Enforcement Driving (GPSTC) 2022 | 4 |
| July 13, 2022 | IBF03G | LIVESCAN FINGERPRINT SYSTEM | 1 |
| June 30, 2022 | IDJ00G | HANDCUFFING TECHNIQUES (GENERAL INSTRUCTOR) | 1 |
| June 30, 2022 | IJC01G | SEARCH TECHNIQUES | 1 |
| June 30, 2022 | IFM22F | USE OF DEADLY FORCE | 2 |
| May 27, 2022 | IGW01G | MENTAL HEALTH | 2 |
| May 3, 2022 | IEM15E | State Opioid Adapted Response (SOAR) | 4 |
| April 28, 2022 | IZT01G | CANINE SEARCH AND RESCUE | 4 |
| April 28, 2022 | UFL01F | PATROL RIFLE QUALIFICATION | 1 |
| April 14, 2022 | ICP05G | P4 De-escalation Jiu Jitsu | 24 |
| April 4, 2022 | ICR02G | DE-ESCALATION TECHNIQUES | 2 |
| April 4, 2022 | IYR01G | USE OF FORCE REPORTS | 1 |
| April 4, 2022 | IFJ04G | JUDGEMENTAL SIMULATOR TRAINING | 2 |
| April 4, 2022 | IGS10G | COMMUNITY POLICING | 2 |
| April 4, 2022 | ILU00G | Legal Update | 1 |
| March 25, 2022 | DGB01G | GCIC SECURITY AWARENESS TRAINING | 1 |
| February 25, 2022 | IDE01G | DIGNITARY PROTECTION | 40 |
| February 3, 2022 | IFD27G | VEHICLE ASSAULTS | 4 |
| February 3, 2022 | IFD12F | HALLWAY CLEARING TECHNIQUES | 4 |
| January 11, 2022 | IDG16G | TASER RECERTIFICATION | 2 |

2022 Total Hours : 154

| Date | Code | Course | Hours |
|---|---|---|---|
| December 30, 2021 | IFJ04G | JUDGEMENTAL SIMULATOR TRAINING | 2 |
| December 3, 2021 | UFR00F | FIREARMS REQUALIFICATIONS | 2 |
| November 19, 2021 | DYM10G | POLICE LEGITIMACY, PROCEDURAL JUSTICE, & COMMUNITY RELATIONS (Gov. Initiative) (4 HR) | 4 |
| November 18, 2021 | DBI04G | EYEWITNESS IDENTIFICATION (GPSTC ONLINE) | 1 |
| November 18, 2021 | DYE10G | Building Positive Police-Community Relations (Gov. Initiative) | 4 |
| November 18, 2021 | DYP03G | Police-Press Relations During Events of Public Interest | 3 |
| November 18, 2021 | DBM12G | Human Trafficking (GPSTC) | 2 |
| November 18, 2021 | DYJ05G | Effective Workplace Communication (GPSTC) | 1 |
| November 18, 2021 | DBO03G | INTRODUCTION TO GANGS IN GA (GPSTC) 3 hr version | 3 |
| November 18, 2021 | DHQ01G | SOVEREIGN CITIZEN MOVEMENT (GPSTC ONLINE) | 1 |
| November 18, 2021 | DXM06G | Fundamentals of Drug Identification (GPSTC) | 1 |
| November 18, 2021 | DJM05G | TRANSPORTING PRISONERS (GPSTC ONLINE) (Rev. 2021) | 2 |
| November 17, 2021 | DTU02G | VEHICLE PULLOVERS (GPSTC ONLINE) 2 hr. version | 2 |
| November 3, 2021 | UFL01F | PATROL RIFLE QUALIFICATION | 2 |
| November 3, 2021 | IFL05F | PATROL RIFLE TRAINING | 24 |
| October 29, 2021 | DLU21G | LEGISLATIVE & CASE LAW UPDATE 2021 (GPSTC ONLINE) | 1 |
| October 19, 2021 | UFR00F | FIREARMS REQUALIFICATIONS | 2 |
| October 5, 2021 | IDG22G | TASER 7 Transition Course | 10 |
| October 4, 2021 | IDA02G | EXPANDABLE BATON INSERVICE | 2 |
| October 4, 2021 | IHQ46G | CRITICAL INCIDENT COMMAND | 5 |
| October 4, 2021 | IFM22G | USE OF DEADLY FORCE | 2 |
| April 26, 2021 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| April 26, 2021 | IGW01G | MENTAL HEALTH | 2 |
| April 26, 2021 | IBN01G | EVIDENCE AND PROPERTY MANAGEMENT | 1 |
| April 26, 2021 | ICM02G | TEMPORARY PROTECTIVE ORDERS | 1 |
| April 26, 2021 | IYR06G | INCIDENT REPORT UPDATE TRAINING | 1 |

| Date | Code | Course | Hours |
|---|---|---|---|
| April 26, 2021 | IGS10G | COMMUNITY POLICING | 2 |
| April 26, 2021 | IZM10G | CANINE PROTOCOLS | 1 |
| April 5, 2021 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| February 2, 2021 | ISD11G | Nat. Safety Council Defensive Driving (General Instructor) | 8 |
| | | 2021 Total Hours : | 94 |
| December 30, 2020 | DLL03G | Duty to Intervene | 4 |
| October 7, 2020 | DGB01G | GCIC SECURITY AWARENESS TRAINING | 1 |
| October 7, 2020 | IGB31G | CJIS NETWORK OPERATOR RE-CERTIFICATION EXAM | 1 |
| September 1, 2020 | IDA02G | EXPANDABLE BATON INSERVICE | 2 |
| September 1, 2020 | IDG06G | TASER X-26 | 2 |
| September 1, 2020 | ITU06G | HIGH RISK TRAFFIC STOPS | 3 |
| September 1, 2020 | IWD05G | DUI UPDATE | 2 |
| August 28, 2020 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| May 7, 2020 | DLV05G | USE OF FORCE (GPSTC) (G.I.) (R.2020) | 6 |
| April 22, 2020 | DYM11G | DE-ESCALATION OPTIONS FOR GAINING COMPLIANCE (GPSTC)(r.2020) | 3 |
| March 25, 2020 | DYM00G | POLICE LEGITIMACY, PROCEDURAL JUSTICE, & COMMUNITY RELATIONS (Gov. Initiative) | 2 |
| March 24, 2020 | DYM04G | MENTAL & EMOTIONAL WELLNESS (GPSTC) | 2 |
| | | 2020 Total Hours : | 29 |
| December 19, 2019 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| October 9, 2019 | NHE01G | CRITICAL INCIDENT MANAGEMENT | 14 |
| June 10, 2019 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| March 27, 2019 | IDA02G | EXPANDABLE BATON INSERVICE | 2 |
| March 27, 2019 | IDG06G | TASER X-26 | 2 |
| March 27, 2019 | IAA01G | CAREER DEVELOPMENT PROGRAM OVERVIEW | 1 |
| March 27, 2019 | IGS10G | COMMUNITY POLICING | 2 |
| March 27, 2019 | ICR02G | DE-ESCALATION TECHNIQUES | 2 |
| March 27, 2019 | IFD18G | RESPONSE TO THE ACTIVE SHOOTER | 9 |
| February 12, 2019 | ISD11G | Nat. Safety Council Defensive Driving (General Instructor) | 8 |
| January 31, 2019 | IFM22G | USE OF DEADLY FORCE | 1 |
| | | 2019 Total Hours : | 43 |
| December 17, 2018 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| November 13, 2018 | DGB01G | GCIC SECURITY AWARENESS TRAINING | 1 |
| November 13, 2018 | IGB31G | CJIS NETWORK OPERATOR RE-CERTIFICATION EXAM | 1 |
| September 10, 2018 | NBO06G | HUMAN TRAFFICKING & GANG ACTIVITY SYMPOSIUM (GPSTC) | 8 |
| June 26, 2018 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| May 7, 2018 | CAL02G | ADVANCED REPORT WRITING | 16 |
| May 1, 2018 | IDS00G | OFFICER SURVIVAL | 4 |
| May 1, 2018 | IYR00G | REPORT WRITING | 2 |
| May 1, 2018 | IDA02G | EXPANDABLE BATON INSERVICE | 1 |
| May 1, 2018 | IDG06G | TASER X-26 | 2 |
| April 30, 2018 | IGS10G | COMMUNITY POLICING | 8 |
| April 30, 2018 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| February 15, 2018 | NYS02G | SPANISH | 22 |
| January 17, 2018 | IFM22G | USE OF DEADLY FORCE | 1 |
| | | 2018 Total Hours : | 69 |

Requestor IP Address: 73.82.123.65

| Date | Code | Course | Hours |
|---|---|---|---|
| December 22, 2017 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| October 20, 2017 | CAG02G | CRIME SCENE PROCESSING | 24 |
| September 28, 2017 | CAE01G | OFFICER SURVIVAL | 40 |
| August 17, 2017 | IGS10G | COMMUNITY POLICING | 2 |
| August 17, 2017 | IDA02G | EXPANDABLE BATON INSERVICE | 1 |
| August 17, 2017 | IDG06G | TASER X-26 | 2 |
| August 17, 2017 | IDS00G | OFFICER SURVIVAL | 4 |
| August 16, 2017 | NGW08G | YOUTH MENTAL HEALTH FIRST AID | 8 |
| August 16, 2017 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| July 20, 2017 | NSD02G | DEFENSIVE DRIVING/NAT. SAFETY COUNCL | 8 |
| June 29, 2017 | CAB01G | HEALTH AND WELLNESS AWARENESS | 22 |
| June 20, 2017 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| June 16, 2017 | CAD01E | FIRST RESPONDER | 40 |
| May 11, 2017 | CAA01G | CRIMINAL PROCEDURE | 40 |
| April 27, 2017 | ICD07G | ELDER AND DEPENDENT ABUSE | 8 |
| February 2, 2017 | CAI02G | INTERVIEWS AND INTERROGATIONS | 24 |
| January 31, 2017 | IFM22G | USE OF DEADLY FORCE | 1 |
| January 30, 2017 | IBM59G | HUMAN TRAFFICKING | 4 |
| January 18, 2017 | NGK00G | ETHICS | 1 |
| | | 2017 Total Hours : | 232 |
| December 16, 2016 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| December 14, 2016 | NGM00G | SEMINAR - LE RELATED TRAINING | 4 |
| December 6, 2016 | IGB30G | CJIS NETWORK OPERATOR TRAINING | 5 |
| December 6, 2016 | DGB01G | GCIC SECURITY AWARENESS TRAINING | 1 |
| November 18, 2016 | AGW01G | CRISIS INTERVENTION TEAM TRAINING | 40 |
| September 30, 2016 | IFM22G | USE OF DEADLY FORCE | 1 |
| June 16, 2016 | CAD01E | FIRST RESPONDER | 40 |
| June 7, 2016 | NBC62G | CHILD ABDUCTION REACTION | 16 |
| May 19, 2016 | ILG00G | GEORGIA CRIMINAL LAW | 3 |
| May 5, 2016 | AKV02G | A.L.E.R.R.T. Terrorism Response Tactics Active Shooter Level 1 | 16 |
| May 5, 2016 | IDA02G | EXPANDABLE BATON INSERVICE | 1 |
| May 5, 2016 | IDG06G | TASER X-26 | 1 |
| May 4, 2016 | IFM22G | USE OF DEADLY FORCE | 1 |
| April 29, 2016 | CAC01G | INTERPERSONAL RELATIONS/CRISIS | 8 |
| March 29, 2016 | UFR00F | FIREARMS REQUALIFICATIONS | 4 |
| | | 2016 Total Hours : | 142 |
| December 8, 2015 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| June 18, 2015 | NSD02G | DEFENSIVE DRIVING/NAT. SAFETY COUNCL | 8 |
| June 11, 2015 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| March 12, 2015 | IDD00D | DEFENSIVE TACTICS | 4 |
| March 12, 2015 | IGW05G | MENTAL ILLNESS-OFFICER'S RESPONSE TO | 1 |
| March 12, 2015 | IZA02G | ANIMAL ENCOUNTERS & L.E. RESPONSE | 2 |
| March 12, 2015 | IFM22G | USE OF DEADLY FORCE | 1 |
| March 11, 2015 | DLF01G | WORKPLACE HARASSMENT (REINHARDT ONLINE) | 2 |
| March 11, 2015 | ILF01G | SEXUAL HARASSMENT | 3 |
| March 11, 2015 | ILG00G | GEORGIA CRIMINAL LAW | 1 |
| March 11, 2015 | IDA02G | EXPANDABLE BATON INSERVICE | 1 |

| Date | Code | Course | Hours |
|---|---|---|---|
| March 11, 2015 | IDG06G | TASER X-26 | 3 |
| March 11, 2015 | ICD00G | DOMESTIC VIOLENCE | 2 |
| February 27, 2015 | AXU01G | DRUG UNDERCOVER OPERATIONS | 40 |
| January 20, 2015 | CAJ02G | SEARCH WARRANTS AND AFFIDAVITS | 16 |
| January 13, 2015 | IGB30G | CJIS NETWORK OPERATOR TRAINING | 5 |
| January 13, 2015 | IGB13G | SECURITY AND INTEGRITY OF CHRI (4 HR) | 4 |

2015 Total Hours : 95

| Date | Code | Course | Hours |
|---|---|---|---|
| November 5, 2014 | IDG06G | TASER X-26 | 4 |
| September 2, 2014 | UFR00F | FIREARMS REQUALIFICATIONS | 8 |
| June 23, 2014 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| April 10, 2014 | NQM17G | FINANCIAL PLANNING | 3 |
| April 10, 2014 | IAB00G | HEALTH, WELLNESS, & PHYSICAL FITNESS | 2 |
| April 10, 2014 | IDA02G | EXPANDABLE BATON INSERVICE | 2 |
| April 10, 2014 | IDG16G | TASER RECERTIFICATION | 2 |
| April 10, 2014 | ICC05G | CRISIS INTERVENTION SKILLS | 3 |
| April 10, 2014 | IFM22G | USE OF DEADLY FORCE | 1 |
| April 10, 2014 | IDD07D | DEFENSIVE TACTICS | 2 |
| April 10, 2014 | ILQ00G | SEARCH AND SEIZURE | 2 |
| April 10, 2014 | IGK00G | ETHICS AND PROFESSIONALISM | 1 |

2014 Total Hours : 31

| Date | Code | Course | Hours |
|---|---|---|---|
| December 19, 2013 | NSD02G | DEFENSIVE DRIVING/NAT. SAFETY COUNCL | 8 |
| December 16, 2013 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| October 23, 2013 | ITQ03G | BICYCLE PATROL | 30 |
| June 25, 2013 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| April 19, 2013 | IDA02G | EXPANDABLE BATON INSERVICE | 2 |
| April 19, 2013 | IDG16G | TASER RECERTIFICATION | 3 |
| April 19, 2013 | IDD07D | DEFENSIVE TACTICS | 3 |
| April 19, 2013 | IFM22F | USE OF DEADLY FORCE | 1 |
| April 18, 2013 | IBM59G | HUMAN TRAFFICKING | 2 |
| April 18, 2013 | IAB00G | HEALTH, WELLNESS, & PHYSICAL FITNESS | 2 |
| April 18, 2013 | ILM12G | LEGAL ISSUES | 1 |
| April 18, 2013 | ILQ00G | SEARCH AND SEIZURE | 2 |
| April 18, 2013 | ICD00G | DOMESTIC VIOLENCE | 2 |
| March 28, 2013 | IFL03F | PATROL RIFLE | 40 |
| March 25, 2013 | IFM22G | USE OF DEADLY FORCE | 1 |
| February 13, 2013 | IGB13G | SECURITY AND INTEGRITY OF CHRI | 4 |
| February 13, 2013 | IGB21G | GCIC INQUIRY TERMINAL OPERATOR RECERTIFICATION | 3 |
| January 9, 2013 | NXM33G | DRUG COURT SEMINAR | 8 |

2013 Total Hours : 114

| Date | Code | Course | Hours |
|---|---|---|---|
| December 10, 2012 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| August 8, 2012 | IHQ05G | HOMELAND SECURITY | 3 |
| August 8, 2012 | ICD05G | ELDER ABUSE | 1 |
| August 8, 2012 | IDA02D | EXPANDABLE BATON INSERVICE | 2 |
| August 8, 2012 | IDG16G | TASER RECERTIFICATION | 1 |
| August 8, 2012 | ITI06G | ACCIDENT SCENE SAFETY | 1 |
| August 8, 2012 | IFM22G | USE OF DEADLY FORCE | 1 |

| Date | Code | Course | Hours |
|---|---|---|---|
| August 8, 2012 | ITU02G | FELONY TRAFFIC STOPS | 2 |
| August 8, 2012 | IGK00G | ETHICS AND PROFESSIONALISM | 1 |
| August 8, 2012 | IKV12G | ACTIVE SHOOTER RESPONSE | 6 |
| June 26, 2012 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| | | 2012 Total Hours : | 20 |
| December 6, 2011 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| June 30, 2011 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| May 17, 2011 | IFM22G | USE OF DEADLY FORCE | 1 |
| May 17, 2011 | IDD07D | DEFENSIVE TACTICS | 5 |
| May 17, 2011 | IDA01G | ASP BATON RECERTIFICATION | 1 |
| May 17, 2011 | NOG14G | TASER RECERTIFICATION | 2 |
| May 16, 2011 | NGW03G | MENTAL ILLNESS | 1 |
| May 16, 2011 | NSD02G | DEFENSIVE DRIVING/NAT. SAFETY COUNCL | 8 |
| March 29, 2011 | NOC38G | GCIC SECURITY & INTEGRITY | 4 |
| March 29, 2011 | AGB08G | TERMINAL OPERATOR INQUIRY CERT. | 18 |
| March 2, 2011 | CAH02G | SPECIALIZED PATROL TECHNIQUES | 16 |
| February 28, 2011 | CAF02G | ADVANCED TRAFFIC LAW | 24 |
| | | 2011 Total Hours : | 82 |
| October 27, 2010 | IFS02F | SEMIAUTO PISTOL TRANSITION (W/minimum 1 Hr FA REQUAL) | 18 |
| October 13, 2010 | ICD05G | ELDER ABUSE | 1 |
| October 13, 2010 | IDG02G | TASER | 3 |
| October 13, 2010 | ITM07G | STOP STICK TRAINING | 2 |
| October 13, 2010 | IFM22F | USE OF DEADLY FORCE | 1 |
| October 13, 2010 | IDA01G | ASP BATON RECERTIFICATION | 1 |
| October 13, 2010 | NOD37G | INTERNAL AFFAIRS UPDATE | 1 |
| July 13, 2010 | ATL01R | LIDAR SPEED MEASUREMENT | 8 |
| June 30, 2010 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| June 28, 2010 | ISD01T | DRIVER TRAINING | 7 |
| | | 2010 Total Hours : | 43 |
| December 31, 2009 | PAV14G | GRADUATED AFTER APRIL 1-NO WAIVER NECESSARY | 0 |
| December 31, 2009 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| December 1, 2009 | ASD02T | DEFENSIVE DRIVING | 8 |
| December 1, 2009 | UDP06G | EXPANDABLE BATON RECERTIFICATION | 1 |
| November 30, 2009 | IDG06G | TASER X-26 | 9 |
| May 29, 2009 | BMS05G | DEKALB CO. P.D. EXTENDED BASIC | 401 |
| May 29, 2009 | CAE01G | OFFICER SURVIVAL (rev. 2023) | 40 |
| May 29, 2009 | CAA01G | CRIMINAL PROCEDURE | 40 |
| May 29, 2009 | CAC01G | INTERPERSONAL RELATIONS/CRISIS | 8 |
| May 29, 2009 | BML06G | BASIC LAW ENFORCEMENT TRAINING CRS. | 409 |
| April 22, 2009 | NSD02G | DEFENSIVE DRIVING/NAT. SAFETY COUNCL | 8 |
| April 10, 2009 | AGB02G | SECURITY & INTEGRITY OF CJ INFORMATI | 4 |
| April 10, 2009 | AGB13G | TERMINAL OPERATOR CERTIFICATION | 35 |
| | | 2009 Total Hours : | 964 |
| December 31, 2008 | PAV12T | FA REQUAL/UODF AVG 2 HRS PER MOS WAIVER | 20 |
| July 3, 2008 | IJO00G | JAIL OPERATIONS | 120 |

| June 23, 2008 | BMH01G | BASIC JAIL TRAINING COURSE | 80 |
|---|---|---|---|
| | | | 2008 Total Hours : 220 |

| December 31, 2007 | PAV95T | 20 HR/FA/UODF 3 MONTH WAIVER | 20 |
| December 20, 2007 | BMC99G | BASIC D.O.C. SECURITY TRAINING | 200 |
| November 20, 2007 | NOC01F | FIREARMS RIFLE CERT | 4 |
| | 2007 Total Hours : 224 | | |

Summary of Hours for 19 Years

| Year | Total Hours | Firearms | Deadly Force | De-escalation | Community Policing | Gang Awareness | Human Trafficking |
|---|---|---|---|---|---|---|---|
| 2025 | 20 | 1 | 1 | 2 | 3 | 1 | 2 |
| 2024 | 72 | 2 | 1 | 1 | 2 | 4 | 3 |
| 2023 | 221 | 2 | 1 | 1 | 2 | 1 | 1 |
| 2022 | 154 | 1 | 2 | 3 | 4 | 1 | 1 |
| 2021 | 94 | 3 | 1 | 1 | 6 | 4 | 3 |
| 2020 | 29 | 1 | 1 | 1 | 4 | 0 | 0 |
| 2019 | 43 | 2 | 1 | 1 | 2 | 1 | 1 |
| 2018 | 69 | 2 | 1 | 1 | 2 | 1 | 1 |
| 2017 | 232 | 2 | 1 | 1 | 2 | 1 | 2 |
| 2016 | 142 | 2 | 2 | 0 | 0 | 0 | 0 |
| 2015 | 95 | 2 | 1 | 0 | 0 | 0 | 0 |
| 2014 | 31 | 2 | 1 | 0 | 0 | 0 | 0 |
| 2013 | 114 | 2 | 2 | 0 | 0 | 0 | 1 |
| 2012 | 20 | 2 | 1 | 0 | 0 | 0 | 0 |
| 2011 | 82 | 2 | 1 | 0 | 0 | 0 | 0 |
| 2010 | 43 | 2 | 1 | 0 | 0 | 0 | 0 |
| 2009 | 964 | 2 | 1 | 1 | 2 | 0 | 0 |
| 2008 | 220 | 1 | 1 | 1 | 2 | 0 | 0 |
| 2007 | 224 | 1 | 1 | 1 | 2 | 1 | 1 |

| **Grand Total of Hours (all years and courses)** | **2,869** |
|---|---|