AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **1:26-cv-01007-TWT**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Shree Vishnu Hotel, LLC**
was recieved by me on  **2/27/2026:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Jay Chugh**, who is designated by law to accept service of process on behalf of **Shree Vishnu Hotel, LLC** at **8800 Roswell Rd Ste 230, Atlanta, GA 30350** on **02/27/2026 at 3:14 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 153.00** for services, for a total of **$ 153.00**.

I declare under penalty of perjury that this information is true.

Date:   03/02/2026

*Server's signature*

**Gbolabo Iyaniwura**
*Printed name and title*

**7500 Roswell Rd
Unit 75
Atlanta, GA 30350**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Exhibit; Complaint; Summons; DECLARATIONS; ORDER; PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND   LEAVE TO PROCEED ANONYMOUSLY,  to Jay Chugh who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian male contact 25-35 years of age, 5'6" -5'8" tall and weighing 140-160 lbs.**




Tracking #: **0211064333**

EFILED IN OFFICE
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT
25-BCADMIN-0012
DEC 31, 2025

*[signature]*
HON. WILLIAM "BILL" HAMRICK, III
Georgia State-wide Business Court

# IN THE GEORGIA STATE-WIDE BUSINESS COURT

| IN RE: ORDER OF APPOINTMENT | ADMINISTRATIVE ORDER |
|---|---|
| FOR PROCESS SERVICE IN 2026 | NO. 25-BCADMIN-0012-BH |

Having read and considered the applications, criminal records, and related materials submitted requesting appointment to serve process and papers in this Court for the calendar year 2026, the Court finds the following applicants meet the requirements and sufficient grounds exist for such appointment. For these reasons, it is **ORDERED** that the following individuals:

| | | |
|---|---|---|
| John G. Adams, Jr. | Anton D. Floyd | Jermarcus D. Hunter |
| Dorothy O. Aguele | Lester L. Franzen | Gbolabo M. Iyaniwura |
| Antuan S. Aguirre | Elizabeth M. Galvin | Alec S. James |
| Raji T. Anuge | Herbert F. Giles | Frank H. James |
| Stine Atuokwu | Dante R. Gober | Whitney M. Jones |
| Kristopher K. Barnes | Viviana Gonzalez | Jobena H. Khalill |
| Donnie C. Briley | Lamone S. Graham | Zuri M. Lawson |
| Leigh P. Brooks | Kimberly D. Greenway | Rachel N. Lindley |
| Nikejha S. Brown | La'chell C. Gresham | Skylar E. Lindley |
| Kaden A. Bunch | James P. Gribben | Dale E. Lott, Jr. |
| Kim Bunch | Jamie E. Gunnels | Sherita M. Martin |
| Michael A. Chastain | Matthew R. Gunnels | Vonetta T. Martin |
| Evan R. Chiaravalle-Hill | Mia R. Guthridge | Rodney J. McClellan |
| Laine M. Christian | D'wayne L. Hall | Dana P. Meadows |
| Babette D. Cochrane | Ethan T. Hammock | Kevin J. Mitchell |
| Charles Cotton | Parks W. Harris | Walter C. Nwalu |
| Danny D. Davidson | Sean P. Haven | Ikemefune I. Okafor |
| Mitchell T. Davidson | Jessica N. Hawthorne | Adedayo O. Okeowo |
| Zachia DeRoche | John S. Heery | Rosanne E. Okorefe |
| Jeffrey A. Dolbier | Andrew Hicks, Sr. | Abraham O. Okoro |
| Andrew K. Drake | Christopher E. Hill | Emmanuel Omuvwie |
| Sarah C. Durham | Lisa W. Hill | Esther N. Onoyona |
| Kenneth Ejomarie | James W. Hines, Jr. | Latarsha N. Pace |
| Maxine Evans | Trenton T. Horne | William W. Page |
| Ikechukwu J. Eziefula | Christopher T. Horton | Michael A. Palmer |
| Carmelo Felix, Jr. | Karen L. Houston Hollins | Nayshunda O. Peeks |
| Kirby T. Ferry | Karen Hunte | Andrea M. Pruitt |

| | | |
|---|---|---|
| Rashiod T. Pruitt | Alesha L. Sistrunk | Chizuruoke O. Udi |
| Keshia N. Ramey | Norei C. Smith | Valentine O. Uwangue |
| Marcus L. Ransom | Marc A. Starks | Julius Velasquez |
| Derek L. Reddick | Paulette G. Thompson | China R. Wells |
| Jeanese R. Riley | Vanessa Thompson | Nan L. Winkelman |
| Shakilla T. Sanders | Mariah E. Tibbs | Shadae C. Yancey |
| Robin L. Saxon | Henry Tort | Sade L. Young |
| Virginia L. Saxon-Ford | Garry L. Tuttle | Keywanna L. Zackery |

be appointed and authorized to serve as a Process Server in the Georgia State-wide Business Court for the calendar year 2026 without the necessity of an order of appointment in each individual case. This Order only authorizes the foregoing individuals to serve process and papers in any matter pending before the Georgia State-wide Business Court.

IT IS SO ORDERED this __31__ day of December, 2025.

*[signature]*

HON. WILLIAM "BILL" GRADY HAMRICK, III
Georgia State-wide Business Court Judge