UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.G., <br><br> Plaintiff, <br><br> v. <br><br> Shree Vishnu Hotel, LLC <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:26-cv-01007-TWT |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Pursuant to Federal Rules of Civil Procedure 26(c)(1) and 5.2(d), Local Rule 79.1(B), and the protective order in this case (Doc. No. 3), Plaintiff files this Motion for Leave to file the following under seal:

| EXHIBIT NO. | DESCRIPTION | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| 1 | A.J. Declaration | Redacted |
| 2 | G.W. Declaration | Redacted |
| 3 | J.L. Declaration | Redacted |
| 4 | C.B.D. Declaration | Redacted |

Thus, Plaintiff requests leave to file under seal these exhibits as it includes sensitive, protected, and/or identifying information in reference to Plaintiff, documents, or persons identified in the protective order.

Respectfully submitted on March 10, 2026.

        ANDERSEN, TATE & CARR, P.C.

        */s/ Jennifer M. Webster*
        PATRICK J. MCDONOUGH
        Georgia Bar No. 489855
        pmcdonough@atclawfirm.com
        JONATHAN S. TONGE
        Georgia Bar No. 303999
        jtonge@atclawfirm.com
        JENNIFER M. WEBSTER
        Georgia Bar No. 760381
        jwebster@atclawfirm.com
        STEPHEN D. MORRISON
        Georgia Bar No. 700828
        smorrison@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                ANDERSEN, TATE & CARR, P.C.

                */s/ Jennifer M. Webster*
                PATRICK J. MCDONOUGH
                Georgia Bar No. 489855
                pmcdonough@atclawfirm.com
                JONATHAN S. TONGE
                Georgia Bar No. 303999
                jtonge@atclawfirm.com
                JENNIFER M. WEBSTER
                Georgia Bar No. 760381
                jwebster@atclawfirm.com
                STEPHEN D. MORRISON
                Georgia Bar No. 700828
                smorrison@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile