UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| K.G., | |
|---|---|
| Plaintiff, | |
| v. | CIVIL ACTION FILE |
| Shree Vishnu Hotel, LLC | NO. 1:26-cv-01007-TWT |
| Defendant. | |

**PROPOSED ORDER ON PLAINTIFF'S MOTION
TO FILE UNDER SEAL**

Now before this Court is Plaintiff's Motion to Seal. Plaintiff requests leave to file the following documents under seal:

| EXHIBIT NO. | DESCRIPTION | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| 1 | A.J. Declaration | Redacted |
| 2 | G.W. Declaration | Redacted |
| 3 | J.L. Declaration | Redacted |
| 4 | C.B.D. Declaration | Redacted |

For good cause shown, this motion is **GRANTED**. Plaintiff is authorized to file under seal the documents identified in Plaintiff's Motion.

SO ORDERED this ___ day of _____, 2026.

_____
Thomas W. Thrash, Jr.
United States District Judge