UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.G., <br><br> Plaintiff, <br><br> v. <br><br> Shree Vishnu Hotel, LLC <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:26-cv-01007-TWT |

**ORDER ON PLAINTIFF'S MOTION
TO FILE UNDER SEAL**

Now before this Court is Plaintiff's Motion to Seal. Plaintiff requests leave to file the following documents under seal:

| EXHIBIT NO. | DESCRIPTION | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| 1 | A.J. Declaration | Redacted |
| 2 | G.W. Declaration | Redacted |
| 3 | J.L. Declaration | Redacted |
| 4 | C.B.D. Declaration | Redacted |

For good cause shown, this motion is **GRANTED**. Plaintiff is authorized to file under seal the documents identified in Plaintiff's Motion.

SO ORDERED this 16th day of March, 2026.

_____
Thomas W. Thrash, Jr.
United States District Judge