## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| K.G.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHREE VISHNU HOTEL, LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　CIVIL ACTION<br>)<br>)<br>)　FILE NO. 1:26-cv-01007-TWT<br>)<br>)<br>)<br>)<br>) |

## DEFENSES AND ANSWER

COMES NOW, Defendant SHREE VISHNU HOTEL, LLC, appearing specially without submitting to the jurisdiction and venue of this Court, and files its Defenses and Answer to Plaintiff's Complaint for Damages, and shows the Court as follows:

## FIRST DEFENSE

The Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

## SECOND DEFENSE

Plaintiff's claims against this Defendant are barred by the statute of limitations.

## THIRD DEFENSE

Jurisdiction is improper as to this Defendant.

-1-

## FOURTH DEFENSE

Venue is improper as to this Defendant.

## FIFTH DEFENSE

Plaintiff's claims are barred in whole, or in part, by the doctrines of comparative and/or contributory negligence.

## SIXTH DEFENSE

If the evidence shows that Plaintiff was negligent in bringing about claimed injuries and damages set forth in the Complaint and said negligence was equal to or greater than any negligence on behalf of this Defendant, then Plaintiff is not entitled to damages as a matter of law.

## SEVENTH DEFENSE

If there is any liability the Defendant, which liability it specifically denies, then pursuant to O.C.G.A. §§ 51-12-31 and 51-12-33, such liability should be compared to the fault of Plaintiff and any other parties and actors involved in the matters alleged in the Plaintiff's Complaint and apportioned accordingly under Georgia law.

## EIGHTH DEFENSE

Plaintiff's claims against Defendant are barred because there is no causal connection between any alleged act, error, or omission by Defendant and the Plaintiff's alleged injuries or damages.

## NINTH DEFENSE

All or part of the Plaintiff's claims are barred on the grounds of acquiescence, waiver, estoppel, expiration of the applicable statute of limitations, and/or laches.

## TENTH DEFENSE

Plaintiff's claims are barred to the extent the Plaintiff had equal or superior knowledge of the alleged danger, hazard, or defect that is the subject of this action.

## ELEVENTH DEFENSE

The Plaintiff has failed to joint indispensable parties.

## TWELVTH DEFENSE

The imposition of punitive damages in this case would be improper as there is an absence of a showing of malicious intent to cause harm to Plaintiffs.

## THIRTEENTH DEFENSE

An award of punitive or exemplary damages in this action would constitute a violation of this Defendant's right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under paragraphs 1 and 2 of Article 1 of the Georgia Constitution because Georgia does not have sufficient procedural safeguards to ensure that the jury's discretion in awarding punitive damages was reasonably constrained. Therefore, any award of punitive damages would be an excessive and arbitrary deprivation of property without due process of law.

## FOURTEENTH DEFENSE

Plaintiff's claim for punitive damages is in violation of this Defendant's right to due process guaranteed under the Fourteenth Amendment of the United States Constitution. More specifically, an excessive award of such damages will violate this Defendant's substantive and procedural due process rights. Further, elementary notions of fairness dictate notice of not only the conduct subjecting a person to punishment but also the severity of that penalty. A grossly excessive award furthers no legitimate state interest and constitutes an arbitrary deprivation of property. See State Farm Mutual Auto Insurance Company v. Campbell, 538 U.S. 408 (2003). The application of punitive damages under Georgia's statute authorizing such an award is likewise a violation of this Defendant's aforementioned Constitutional rights where Plaintiff seeks to impose a penalty for any conduct harming or otherwise involving persons not before the court. See Philip Morris USA v. Williams, 127 S. Ct. 1057 (decided February 20, 2007). Any award of punitive damages would be limited to a 1-1 ratio of punitive damages in comparison to any compensatory damages. Exxon Shipping Company v. Grant Baker, 1128 S. Ct. 2605 (2008).

## FIFTEENTH DEFENSE

Defendant hereby gives notice that it intends to rely upon such other defenses as may become apparent during discovery and thus expressly reserves the right to amend this Answer to assert such defenses.

## SIXTEENTH DEFENSE

## ANSWER

Defendant responds to the allegations of the Plaintiff's Complaint as follows:

1.

The Defendant denies the allegations set forth in paragraph 1 of the Plaintiff's Complaint.

2.

The Defendant admits it is a Georgia company authorized to transact business in Georgia and denies the remaining allegations set forth in paragraph 2 of the Plaintiff's Complaint.

3.

The Defendant denies the allegations set forth in paragraph 3 of the Plaintiff's Complaint.

4.

The Defendant denies the allegations set forth in paragraph 4 of the Plaintiff's Complaint.

5.

The Defendant denies the allegations set forth in paragraph 5 of the Plaintiff's Complaint.

6.

The Defendant denies the allegations set forth in paragraph 6 of the Plaintiff's Complaint and further states that the statutes set forth in that paragraph speak for themselves.

7.

The Defendant denies the allegations set forth in paragraph 7 of the Plaintiff's Complaint.

8.

The Defendant denies the allegations set forth in paragraph 8 of the Plaintiff's Complaint.

9.

The Defendant denies the allegations set forth in paragraph 9 of the Plaintiff's Complaint.

10.

The Defendant denies the allegations set forth in paragraph 10 of the Plaintiff's Complaint.

11.

The Defendant denies the allegations set forth in paragraph 11 of the Plaintiff's Complaint.

12.

The Defendant denies the allegations set forth in paragraph 12 of the Plaintiff's Complaint.

13.

The Defendant denies the allegations set forth in paragraph 13 of the Plaintiff's Complaint.

14.

The Defendant denies the allegations set forth in paragraph 14 of the Plaintiff's Complaint.

15.

The Defendant denies the allegations set forth in paragraph 15 of the Plaintiff's Complaint.

16.

The Defendant denies the allegations set forth in paragraph 16 of the Plaintiff's Complaint.

17.

The Defendant denies the allegations set forth in paragraph 17 of the Plaintiff's Complaint.

18.

The Defendant denies the allegations set forth in paragraph 18 of the Plaintiff's Complaint.

19.

The Defendant denies the allegations set forth in paragraph 19 of the Plaintiff's Complaint.

20.

The Defendant denies the allegations set forth in paragraph 20 of the Plaintiff's Complaint.

21.

The Defendant denies the allegations set forth in paragraph 21 of the Plaintiff's Complaint.

22.

The Defendant denies the allegations set forth in paragraph 22 of the Plaintiff's Complaint.

23.

The Defendant denies the allegations set forth in paragraph 23 of the Plaintiff's Complaint.

24.

The Defendant denies the allegations set forth in paragraph 24 of the Plaintiff's Complaint.

25.

The Defendant denies the allegations set forth in paragraph 25 of the Plaintiff's Complaint.

26.

The Defendant denies the allegations set forth in paragraph 26 of the Plaintiff's Complaint.

27.

The Defendant denies the allegations set forth in paragraph 27 of the Plaintiff's Complaint.

28.

The Defendant denies the allegations set forth in paragraph 28 of the Plaintiff's Complaint.

29.

The Defendant denies the allegations set forth in paragraph 29 of the Plaintiff's Complaint.

30.

The Defendant denies the allegations set forth in paragraph 30 of the Plaintiff's Complaint.

31.

The Defendant denies the allegations set forth in paragraph 31 of the Plaintiff's Complaint.

32.

The Defendant denies the allegations set forth in paragraph 32 of the Plaintiff's Complaint.

33.

The Defendant denies the allegations set forth in paragraph 33 of the Plaintiff's Complaint.

34.

The Defendant denies the allegations set forth in paragraph 34 of the Plaintiff's Complaint.

35.

The Defendant denies the allegations set forth in paragraph 35 of the Plaintiff's Complaint.

36.

The Defendant denies the allegations set forth in paragraph 36 of the Plaintiff's Complaint.

37.

The Defendant denies the allegations set forth in paragraph 37 of the Plaintiff's Complaint.

38.

The Defendant denies the allegations set forth in paragraph 38 of the Plaintiff's Complaint.

39.

The Defendant denies the allegations set forth in paragraph 39 of the Plaintiff's Complaint.

40.

The Defendant denies the allegations set forth in paragraph 40 of the Plaintiff's Complaint.

41.

The Defendant denies the allegations set forth in paragraph 41 of the Plaintiff's Complaint.

42.

The Defendant denies the allegations set forth in paragraph 42 of the Plaintiff's Complaint.

43.

The Defendant denies the allegations set forth in paragraph 43 of the Plaintiff's Complaint.

44.

The Defendant denies the allegations set forth in paragraph 44 of the Plaintiff's Complaint.

45.

The Defendant denies the allegations set forth in paragraph 45 of the Plaintiff's Complaint.

46.

The Defendant denies the allegations set forth in paragraph 46 of the Plaintiff's Complaint.

47.

The Defendant denies the allegations set forth in paragraph 47 of the Plaintiff's Complaint.

48.

The Defendant denies the allegations set forth in paragraph 48 of the Plaintiff's Complaint.

49.

The Defendant denies the allegations set forth in paragraph 49 of the Plaintiff's Complaint.

50.

The Defendant denies the allegations set forth in paragraph 50 of the Plaintiff's Complaint.

51.

The Defendant denies the allegations set forth in paragraph 51 of the Plaintiff's Complaint.

52.

The Defendant denies the allegations set forth in paragraph 52 of the Plaintiff's Complaint.

53.

The Defendant denies the allegations set forth in paragraph 53 of the Plaintiff's Complaint.

54.

The Defendant denies the allegations set forth in paragraph 54 of the Plaintiff's Complaint.

55.

The Defendant denies the allegations set forth in paragraph 55 of the Plaintiff's Complaint.

56.

The Defendant denies the allegations set forth in paragraph 56 of the Plaintiff's Complaint.

57.

The Defendant denies the allegations set forth in paragraph 57 of the Plaintiff's Complaint.

58.

The Defendant denies the allegations set forth in paragraph 58 of the Plaintiff's Complaint.

59.

The Defendant denies the allegations set forth in paragraph 59 of the Plaintiff's Complaint.

60.

The Defendant denies the allegations set forth in paragraph 60 of the Plaintiff's Complaint.

61.

The Defendant denies the allegations set forth in paragraph 61 of the Plaintiff's Complaint.

62.

The Defendant denies the allegations set forth in paragraph 62 of the Plaintiff's Complaint.

63.

The Defendant denies the allegations set forth in paragraph 63 of the Plaintiff's Complaint.

64.

The Defendant denies the allegations set forth in paragraph 64 of the Plaintiff's Complaint.

65.

The Defendant denies the allegations set forth in paragraph 65 of the Plaintiff's Complaint.

66.

The Defendant denies the allegations set forth in paragraph 66 of the Plaintiff's Complaint.

67.

The Defendant denies the allegations set forth in paragraph 67 of the Plaintiff's Complaint.

68.

The Defendant denies the allegations set forth in paragraph 68 of the Plaintiff's Complaint.

69.

The Defendant denies the allegations set forth in paragraph 69 of the Plaintiff's Complaint.

70.

The Defendant denies the allegations set forth in paragraph 70 of the Plaintiff's Complaint.

71.

The Defendant denies the allegations set forth in paragraph 71 of the Plaintiff's Complaint.

72.

The Defendant denies the allegations set forth in paragraph 72 of the Plaintiff's Complaint.

73.

The Defendant denies the allegations set forth in paragraph 73 of the Plaintiff's Complaint.

74.

The Defendant denies the allegations set forth in paragraph 74 of the Plaintiff's Complaint.

75.

The Defendant denies the allegations set forth in paragraph 75 of the Plaintiff's Complaint.

76.

The Defendant denies the allegations set forth in paragraph 76 of the Plaintiff's Complaint.

77.

The Defendant denies the allegations set forth in paragraph 77 of the Plaintiff's Complaint.

78.

The Defendant denies the allegations set forth in paragraph 78 of the Plaintiff's Complaint.

79.

The Defendant denies the allegations set forth in paragraph 79 of the Plaintiff's Complaint.

80.

The Defendant denies the allegations set forth in paragraph 80 of the Plaintiff's Complaint.

81.

The Defendant expressly incorporates its responses to paragraphs 1 through 80 of the Plaintiff's Complaint as if set forth fully herein.

82.

The Defendant denies the allegations set forth in paragraph 82 of the Plaintiff's Complaint.

83.

The Defendant denies the allegations set forth in paragraph 83 of the Plaintiff's Complaint.

84.

The Defendant denies the allegations set forth in paragraph 84 of the Plaintiff's Complaint.

85.

The Defendant denies the allegations set forth in paragraph 85 of the Plaintiff's Complaint.

86.

The Defendant denies the allegations set forth in paragraph 86 of the Plaintiff's Complaint.

87.

The Defendant denies the allegations set forth in paragraph 87 of the Plaintiff's Complaint.

88.

The Defendant denies the allegations set forth in paragraph 88 of the Plaintiff's Complaint.

89.

The Defendant denies the allegations set forth in paragraph 89 of the Plaintiff's Complaint.

90.

The Defendant denies the allegations set forth in paragraph 90 of the Plaintiff's Complaint.

91.

The Defendant denies the allegations set forth in paragraph 91 of the Plaintiff's Complaint.

92.

The Defendant denies the allegations set forth in paragraph 92 of the Plaintiff's Complaint.

93.

The Defendant denies the allegations set forth in paragraph 93 of the Plaintiff's Complaint.

94.

The Defendant denies the allegations set forth in paragraph 94 of the Plaintiff's Complaint.

95.

The Defendant expressly incorporates its responses to paragraphs 1 through 94 of the Plaintiff's Complaint as if set forth fully herein.

-20-

96.

The Defendant denies the allegations set forth in paragraph 96 of the Plaintiff's Complaint.

97.

The Defendant denies the allegations set forth in paragraph 97 of the Plaintiff's Complaint.

98.

The Defendant denies the allegations set forth in paragraph 98 of the Plaintiff's Complaint.

99.

The Defendant denies the allegations set forth in paragraph 99 of the Plaintiff's Complaint.

100.

The Defendant denies the allegations set forth in paragraph 100 of the Plaintiff's Complaint.

101.

The Defendant denies the allegations set forth in paragraph 101 of the Plaintiff's Complaint.

102.

The Defendant denies the allegations set forth in paragraph 102 of the Plaintiff's Complaint.

103.

The Defendant denies the allegations set forth in paragraph 103 of the Plaintiff's Complaint.

104.

The Defendant denies the allegations set forth in paragraph 104 of the Plaintiff's Complaint.

105.

The Defendant denies the allegations set forth in paragraph 105 of the Plaintiff's Complaint.

106.

The Defendant denies the allegations set forth in paragraph 106 of the Plaintiff's Complaint.

107.

The Defendant denies the allegations set forth in paragraph 107 of the Plaintiff's Complaint.

108.

The Defendant denies the allegations set forth in paragraph 108 of the Plaintiff's Complaint.

109.

The Defendant expressly incorporates its responses to paragraphs 1 through 109 of the Plaintiff's Complaint as if set forth fully herein.

110.

The Defendant denies the allegations set forth in paragraph 110 of the Plaintiff's Complaint.

111.

The Defendant denies the allegations set forth in paragraph 111 of the Plaintiff's Complaint.

112.

The Defendant denies the allegations set forth in paragraph 112 of the Plaintiff's Complaint.

113.

The Defendant denies the allegations set forth in paragraph 113 of the Plaintiff's Complaint.

114.

The Defendant denies the allegations set forth in paragraph 114 of the Plaintiff's Complaint.

115.

The Defendant denies the allegations set forth in paragraph 115 of the Plaintiff's Complaint.

116.

The Defendant denies the allegations set forth in paragraph 116 of the Plaintiff's Complaint.

117.

The Defendant denies the allegations set forth in paragraph 117 of the Plaintiff's Complaint.

118.

The Defendant denies the allegations set forth in paragraph 118 of the Plaintiff's Complaint.

## SEVENTEENTH DEFENSE

Defendant denies each and every averment contained in the paragraph beginning with the word "WHEREFORE" in the Plaintiff's Complaint.  Any allegations or averments contained in Plaintiff's Complaint not specifically responded to above are hereby denied.

-24-

-25-

WHEREFORE, Defendant SHREE VISHNU HOTEL, LLC, having fully answered, demands that it be discharged with all costs cast upon the Plaintiff.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By:    /s/ Sean L. Hynes
       Sean L. Hynes
       Georgia State Bar No. 381698
       hynes@downeycleveland.com
       Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## <ins>CERTIFICATE OF COMPLIANCE</ins>

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby

certify that this pleading has been prepared in compliance with Local Rule 5.1(C)

using 14 point Times New Roman.

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
        Sean L. Hynes
        Georgia State Bar No. 381698
        hynes@downeycleveland.com
        Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via by STATUTORY ELECTRONIC SERVICE and properly addressed to the following:

Patrick J. McDonough, Esq.
Jonathan S. Tonge, Esq.
Jennifer M. Webster, Esq.
Stephen D. Morrison, III, Esq.
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfim.com
jtonge@atclawfim.com
jwebster@atclawfim.com
smorisson@atclawfim.com

This 19th day of March, 2026.

**DOWNEY & CLEVELAND, LLP**


By:____/s/ Sean L. Hynes____
        Sean L. Hynes
        Georgia State Bar No. 381698