

Russell B. Davis
G. Lee Welborn
W. Curtis Anderson
Sean L. Hynes
R. Christopher Harrison
J. Colby Jones
Joshua S. Ruplin
Andrew A. Curtright
James L. Cannella Jr.
Savannah L. Bray
William R. Gordon Jr.

Joel E. Hausman
Laura R. Golden
Naomie J. Mirkovic

Robert A. DeMetz, Jr.
Isaac D. Hram
E. Reid Lattanzi
James L. Sherrill
William A. Swindoll
Michael A. Devlin

Of Counsel
Joseph B. Atkins

Telephone
(770) 422-3233

Facsimile
(770) 423-4199

288 Washington Avenue, Marietta, Georgia 30060-1979

March 23, 2026

**Via CM/ECF**
Honorable Thomas W. Thrash, Jr.

> Re :   **K.G. v. Shree Vishnu Hotel, LLC**
> United States District Court for the Northern District of Georgia
> Atlanta Division
> Civil Action File No. 1:26-cv-01007-TWT

Dear Judge Thrash:

I am counsel for the Defendant in this case.  Pursuant to LR 83.1 E. (5) NDGa., I request that this case not be calendared during the following periods of absence:

(a)   April 3, 2026;
(b)   April 6, 2026 through April 10, 2026;
(c)   April 13, 2026;
(d)   July 2, 2026 through July 3, 2026;
(e)   July 6, 2026 through July 10, 2026;
(f)   July 13, 2026 through July 17, 2026;
(g)   July 20, 2026 through July 21, 2026;
(h)   August 3, 2026; and
(i)   December 3, 2026 through December 4, 2026.

The purposes of the leaves are for family and work obligations.  Please contact me if you have any questions regarding my request.

Best regards,

Sincerely yours,

Sean L. Hynes

SLH/dmf
cc:   Patrick J. McDonough, Esq., Jonathan S. Tonge, Esq., Jennifer M. Webster, Esq. and Stephen D. Morrison III, Esq. via CM/ECF