# ANDERSEN | TATE | CARR

**Jonathan Tonge**                                            Telephone:  770.822.0900
Email:  jtonge@atclawfirm.com

April 3, 2026

**VIA CM/ECF**

Honorable Thomas W. Thrash, Jr.
2188 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303-3309

   Re: *K.G. v. Shree Vishnu Hotel, LLC*
     United States District Court for the Northern District of Georgia
     Civil Action File No.: 1:26-cv-01007-TWT

Dear Judge Thrash:

  I represent the Plaintiff in the above-referenced case. Pursuant to Local Rule 83.1(E)(4), I am writing to request a leave of absence for the following days and reasons:

- April 4, 2026 – April 11, 2026, for vacation.
- May 31, 2026 – June 10, 2026, for vacation.

  For these reasons, I respectfully request that, should the Court schedule any hearings, it not do so during the above-referenced dates. I appreciate your consideration in this matter.

       Sincerely,

       ANDERSEN, TATE & CARR, P.C.

       */s/ Jonathan Tonge*

       Jonathan Tonge, Esq.