**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

K.G.,

    Plaintiff,

v.

Shree Vishnu Hotel, LLC,

    Defendant.

CIVIL ACTION FILE

NO. 1:26-cv-01007

**CERTIFICATE OF SERVICE**

This is to certify that on April 20, 2026, undersigned counsel for Plaintiff served a true and correct copy of Plaintiff's First Request for Admission to Defendant Shree Vishnu Hotel, LLC, Plaintiff's First Continuing Interrogatories to Defendant Shree Vishnu Hotel, LLC and Plaintiff's First Request for Production of Documents to Defendant Shree Vishnu Hotel, LLC, upon all counsel of record via electronic mail.

Respectfully submitted on April 20, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Stephen Morrison*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999

jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## <u>CERTIFICATE OF COMPLIANCE</u>

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Stephen Morrison*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile