# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| K.G., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 1:26-cv-01007-TWT |
| SHREE VISHNU HOTEL, LLC, | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Local Rule 26.3(A), the undersigned hereby certified that on the date shown, copies of the following pleadings were served:

**1.     Defendant's Responses and Objections to Plaintiff's First Request for Admissions**

via electronic delivery and/or by depositing said copies of same in the United States Mail, with sufficient postage affixed thereto to:

Patrick J. McDonough, Esq.
Jonathan S. Tonge, Esq.
Jennifer M. Webster, Esq.
Stephen D. Morrison, III, Esq.
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfim.com
jtonge@atclawfim.com
jwebster@atclawfim.com
smorisson@atclawfim.com

This 20th day of May, 2026.

**DOWNEY & CLEVELAND, LLP**


By:  /s/ Sean L. Hynes
      SEAN L. HYNES
      Georgia State Bar No. 381698
      hynes@downeycleveland.com
      Attorneys for Defendant

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(C) using 14 point Times New Roman.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By:  /s/ Sean Hynes
     SEAN L. HYNES
     Georgia State Bar No. 381698
     hynes@downeycleveland.com
     Attorneys for Defendant

## CERTIFICATE OF SERVICE

This is to certify that I have provided opposing counsel with a true and complete copy of the foregoing pleading via electronic service and electronic mail to the following:

Patrick J. McDonough, Esq.
Jonathan S. Tonge, Esq.
Jennifer M. Webster, Esq.
Stephen D. Morrison, III, Esq.
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfim.com
jtonge@atclawfim.com
jwebster@atclawfim.com
smorisson@atclawfim.com

This 20th day of May, 2026.

**DOWNEY & CLEVELAND, LLP**

By:   /s/ Sean L. Hynes
        SEAN L. HYNES
        Georgia State Bar No. 381698
        hynes@downeycleveland.com
        Attorneys for Defendant