**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

K.G.,                                      )
                                           )
    Plaintiff,                       )
                                           )      CIVIL ACTION FILE NO.
  v.                                      )      1:26-cv-01007-TWT
                                           )
SHREE VISHNU HOTEL, LLC,                   )
                                           )
    Defendant.                       )
_____

## DEFENDANT'S INITIAL DISCLOSURES

(1) If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.

*The Defendant's corporate name is correctly spelled in the style of the Complaint, but the Defendant denies it is liable to Plaintiff as alleged in her Complaint.*

(2) Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff. If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.

*The Defendant maintains that any of the Plaintiff's alleged traffickers may be necessary parties to this action. Pending further discovery, other unknown owners, occupiers and operators of other hotels, motels, apartments, or homes where*

1

*Plaintiff was allegedly subjected to sex trafficking during the time period of her allegations in the Complaint may be necessary parties. Additionally, O.C.G.A § 51-12-33 should apply to this action and Defendant reserves the right to name non-parties to whom the jury may apportion fault for the damages sought herein, should that become appropriate during discovery. Defendant's investigation into this matter and the claims asserted by Plaintiff is presently at its earliest stage, remains ongoing, and Defendants reserve the right to supplement or amend these responses.*

(3) Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.

*The Defendant denies the Plaintiff is entitled to recover in any amount. The Defendant denies it breached any duty to the Plaintiff. Specifically, the Defendant denies that it participated in, assisted, or had any knowledge of any trafficking of Plaintiff, and denies that it had any relationship with Plaintiff or her alleged traffickers. The Defendant also contends that it had no actual or constructive knowledge that Plaintiff was allegedly being sex trafficked, did not participate in, or benefit from, a venture that it knew or should have known was engaged in sex trafficking, nor did they participate in any common undertaking or venture with Plaintiff's trafficker(s).*

(4) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendant contends are applicable

2

to this action.

*U.S. Trafficking Victims Protection Reauthorization Act, 18 U.S.C. §§ 1591, 1595, may apply. O.C.G.A. § 51-3-1 may apply.* <u>*Doe v. Red Roof Inns, Inc.*</u>*, 21 F.4th 714 (11th Cir. 2021);* <u>*K.H. v. Riti, Inc.*</u>*, No. 23-11682, 2024 U.S. App. LEXIS 3127 (11th Cir. Feb. 9, 2024) (unpub.).* <u>*G.W. v. Northbrook Indus., Inc.*</u>*, 739 F. Supp. 3d 1243, 1252-54 (N.D. Ga. 2024);* <u>*Radheshvar, LLC v. Larios, Radheshvar, LLC v. Larios,*</u> *378 Ga. App. 813 (2026);* <u>*Doe (K.B.) v. G6 Hosp., LLC*</u>*, 2023 U.S. Dist. LEXIS 222360, at \*37 (N.D. Ga. Dec. 14, 2023);* <u>*Doe (S.J.C.) v. ESA P Portfolio LLC*</u>*, 2024 U.S. Dist. LEXIS 207479, at \*8 (N.D. Ga. Nov. 15, 2024);* <u>*A.G. v. Northbrook Indus., Inc.*</u>*, No. 1:20-cv-05231-JPB, slip op. at 13 (N.D. Ga. June 14, 2024);* <u>*Doe (S.J.C.) v. ESA P Portfolio LLC*</u>*, 2024 U.S. Dist. LEXIS 207479, at \*8 (N.D. Ga. Nov. 15, 2024); and* <u>*A.G. v. Northbrook Indus.*</u>*, Nos. 25-10816, 25-10829, 24-13294, 2026 U.S. App. LEXIS 9155, at \*19 (11th Cir. Mar. 30, 2026).*

(5) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

*Please see Attachment A.*

(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts

described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)

*Please see Attachment B.*

(7) Provide a copy of, or description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

*Please see Attachment C.*

(8) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

*The Defendant has not asserted a claim for damages in this matter.*

(9) If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address,

4

and telephone number of such person or entity and describe in detail the basis of such liability.

*Please see Response to No. 2 above.*

(10) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

This 20th day of May, 2026.

**DOWNEY & CLEVELAND, LLP**

By:   */s/ Sean Hynes*
    SEAN L. HYNES, ESQ.
    Georgia State Bar No.  381698
    Attorneys for Defendant
    hynes@downeycleveland.com

288 Washington Avenue
Marietta, Georgia 30060
(770) 422-3233

5

## ATTACHMENT A: Witness List

- Plaintiff;

- Plaintiff's alleged traffickers associates may have relevant information concerning the facts and circumstances underlying Plaintiff's Complaint, including, but not limited to Lakeashia Lynn Robinson;

- Plaintiff's associates, friends or family members may have relevant information concerning the facts and circumstances underlying Plaintiff's Complaint;

- Any fact witnesses identified by Plaintiff;

- Law enforcement officials or personnel involved in any investigation into the facts and circumstances in this case;

- Plaintiff's treating medical and healthcare providers; and

- Defendant's employees or agents having knowledge of the facts and circumstances at issue in this case in 2015, whom defense counsel is attempting to identify.

## ATTACHMENT B: Expert Witnesses

The Defendant has not yet determined which, if any, expert witness it will call to testify at any trial in this action.

## ATTACHMENT C:  Document List

The Defendant's investigation into this matter and the claims asserted by Plaintiff are ongoing. The Defendant is attempting to locate and produce documents from 2015 which may be pertinent to the claims and defenses in this case. Accordingly, the Defendant reserves the right to supplement, or amend these responses, or to produce additional documents to the Plaintiff. In the meantime, the Defendant identifies the following:

- Any documents produced or identified in Plaintiff's Initial Disclosures.
- Documents obtained through discovery by service of non-party requests.
- Documents produced during discovery.
- Any incident reports.
- Plaintiff's medical or healthcare records.
- Documents produced or exchanges during any relevant criminal proceedings.

## ATTACHMENT E: Insurance policy

Defense counsel produced Atain Specialty Insurance Company Policy No. CIP250491 to Plaintiff's counsel on or about March 17, 2026. If additional responsive policies are located, they will be disclosed.

<u>**CERTIFICATE OF COMPLIANCE**</u>

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(C) using 14-point Times New Roman.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**


By: _/s/ Sean L. Hynes_
SEAN L. HYNES
Georgia State Bar No. 381698
hynes@downeycleveland.com
Attorneys for Defendant

10

## CERTIFICATE OF SERVICE

This is to certify that I have provided opposing counsel with a true and complete copy of the foregoing pleading via electronic service, electronic mail and/or by depositing same in the United States Mail with sufficient postage thereon to ensure delivery, properly addressed as follows:

Patrick J. McDonough, Esq.
Jonathan S. Tonge, Esq.
Jennifer M. Webster, Esq.
Stephen D. Morrison, III, Esq.
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfim.com
jtonge@atclawfim.com
jwebster@atclawfim.com
smorisson@atclawfim.com

This 20th day of May, 2026.

                                    **DOWNEY & CLEVELAND, LLP**


                                    By:_____
                                          SEAN L. HYNES, ESQ.
                                          Georgia State Bar No.: 381698
                                          hynes@downeycleveland.com
                                          Attorneys for Defendant


288 Washington Avenue
Marietta, Georgia 30060
(770) 422-3233

11