## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

K.G.,                                              )
                                                   )
    Plaintiff,                  )
                                                   )        CIVIL ACTION
v.                                                 )
                                                   )        FILE NO. 1:26-cv-01007-TWT
SHREE VISHNU HOTEL, LLC,                           )
                                                   )
    Defendant.                  )
_____                    )

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Local Rule 26.3(A), the undersigned hereby certified that on the date shown, copies of the following pleadings were served:

1. **Defendant Shree Vishnu Hotel, LLC's First Interrogatories to Plaintiff K.G.;**
2. **Defendant Shree Vishnu Hotel, LLC's First Requests for Production of Documents to Plaintiff K.G.;**

via electronic delivery and/or by depositing said copies of same in the United States Mail, with sufficient postage affixed thereto to:

Patrick J. McDonough, Esq.
Jonathan S. Tonge, Esq.
Jennifer M. Webster, Esq.
Stephen D. Morrison, III, Esq.
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

jwebster@atclawfirm.com
smorisson@atclawfirm.com

This 30th day of June, 2026.

**DOWNEY & CLEVELAND, LLP**


By:   /s/ Sean L. Hynes
        SEAN L. HYNES
        Georgia State Bar No. 381698
        hynes@downeycleveland.com
        Attorneys for Defendant

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(C) using 14 point Times New Roman.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By:   /s/ Sean Hynes
SEAN L. HYNES
Georgia State Bar No. 381698
hynes@downeycleveland.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

This is to certify that I have provided opposing counsel with a true and complete copy of the foregoing pleading via electronic service and electronic mail to the following:

Patrick J. McDonough, Esq.
Jonathan S. Tonge, Esq.
Jennifer M. Webster, Esq.
Stephen D. Morrison, III, Esq.
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com
smorisson@atclawfirm.com

This 30th day of June, 2026.

**DOWNEY & CLEVELAND, LLP**

By:  /s/ Sean L. Hynes
    SEAN L. HYNES
    Georgia State Bar No. 381698
    hynes@downeycleveland.com
    Attorneys for Defendant