UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.G.,<br><br>    Plaintiff,<br><br>v.<br><br>Shree Vishnu Hotel, LLC,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:26-cv-01007-TWT |

## **NOTICE OF ISSUING SUBPOENA**

PLEASE TAKE NOTICE that Plaintiff K.G., by and through the undersigned counsel has on this date issued a subpoena to non-party Burns & Wilcox, LTD. A true and correct copy of the subpoena has been served as follows:

By electronic mail upon agreement of the parties:

Defendant Shree Vishnu Hotel, LLC
hynes@downeycleveland.com

This 2nd day of July, 2026.

[*Signature on following page.*]

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Stephen Morrison*

STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## <u>CERTIFICATE OF COMPLIANCE</u>

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Stephen Morrison*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile