# Exhibit B

# Emails Between Counsel

**Subject:** Re: Rule 26(f) Conference | K.G. v. Shree Vishnu
**Date:** Monday, April 27, 2026 at 3:01:25 PM Central Daylight Time
**From:** Sean Hynes
**To:** Stephen D. Morrison, III
**Attachments:** image649945.png, image001196.png, image538996.png, image258937.png, image456443.png, image086820.png, image309790.png, image753569.png, image471423.png, image394866.png, image239725.png, image145520.png, image613949.png, image249811.png, image453963.png

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Stephen,

I had a hearing and then depositions today. I do have the Atain policy. I will get it to you before lunch tomorrow. I am still waiting on some information from the client. Thanks,

Sean L. Hynes
Downey & Cleveland, LLP
(770) 422-3233
hynes@downeycleveland.com

---

**From:** Stephen D. Morrison, III <smorrison@atclawfirm.com>
**Sent:** Friday, April 24, 2026 10:25 AM
**To:** Sean Hynes <hynes@downeycleveland.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Donna Fossett <donna@downeycleveland.com>; Melody N. Walker <mwalker@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Subject:** Re: Rule 26(f) Conference I K.G. v. Shree Vishnu

Sean, following up this morning. I know you were out on Monday, but several days have passed since your initial disclosure deadline. Please confirm you will provide a copy of your insurance dec page, and the full policy and complete initial disclosures by the end of day Monday.

Thanks,

sm

--

**Stephen Morrison**
**Senior Counsel**

Email: smorrison@atclawfirm.com
Web: www.atclawfirm.com

ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
~~Suite 4000~~
Duluth, Georgia 30097
Map and Directions

---

**From:** Stephen D. Morrison, III <smorrison@atclawfirm.com>
**Date:** Wednesday, April 22, 2026 at 4:16 PM
**To:** Sean Hynes <hynes@downeycleveland.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Donna Fossett <donna@downeycleveland.com>; Melody N. Walker <mwalker@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Subject:** Re: Rule 26(f) Conference | K.G. v. Shree Vishnu

Sean, the changes you made are generally fine. I made one change to the proposed discovery schedule. Since we did agree on six months I made that the proposal. Otherwise, you may add my e-signature and file it.

When can we expect to get your initial disclosures? And specifically, please provide ASAP a copy of all insurance policies that do or may provide coverage or reimbursement in this case.

Thanks,

sm

--

---

**From:** Sean Hynes <hynes@downeycleveland.com>
**Date:** Wednesday, April 22, 2026 at 2:45 PM
**To:** Stephen D. Morrison, III <smorrison@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Donna Fossett <donna@downeycleveland.com>; Melody N. Walker <mwalker@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Subject:** Re: Rule 26(f) Conference | K.G. v. Shree Vishnu

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Checking back in on this amended JPRDP.