**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

K.G.,

Plaintiff,

v.

Shree Vishnu Hotel, LLC,

Defendant.

CIVIL ACTION FILE

NO. 1:26-cv-01007-TWT

## CONSENTED-TO MOTION TO EXTEND THE DISCOVERY PERIOD

COMES NOW, Plaintiff K.G., by and through undersigned counsel, and files this consented-to motion to modify the scheduling order and to extend discovery pursuant to Federal Rules of Civil Procedure 6 and 16(b)(4). After conferring with counsel for Defendant Plaintiff is informed that Defendant consents to the relief requested herein. Plaintiff further shows the Court as follows:

1.

Plaintiff K.G. filed her complaint alleging that she was sex-trafficked as a minor at Defendant's hotel and asserting claims under federal and Georgia law. Doc.

2.

Pursuant to the Court's Scheduling Order (Doc. 18), the current discovery period expires on October 19, 2026.

3.

As of and since the entry of the Court's Scheduling Order on April 24, 2026, the parties have completed initial disclosures and propounded and responded to written discovery, including production of documents by both parties. The parties also engaged in robust, productive settlement negotiations over the intervening months, resulting in the presuit settlement between a non-party claimant who also alleged she sex-trafficked as a minor at Defendant's hotel. During this period, the parties engaged in limited discovery, which furthered the negotiations but resulted in some delay in completing full fact discovery.

4.

Plaintiff K.G. has moved the Court for leave to file an amended complaint to add non-party, G.W., as a plaintiff to this action and to add non-party Trinity SNK f/k/a Global Management & Investment Corporation as a defendant. (Doc. 25) That motion is pending before the Court.

5.

On August 25, 2026, Plaintiff requested Defendant's availability for depositions of certain defendant witnesses, including Defendant's corporate designee for a deposition pursuant to Fed. R. Civ. P. 30(b)(6). Defendant has not provided dates due at least in part to an anticipated change in Defendant's legal representation. The parties request that the Court provide additional time to

accommodate the transition in counsel and to further the parties ongoing settlement negotiations.

6.

The parties have conferred and agree that an additional thirty-one (31) days, through and including November 19, 2026, is necessary to complete discovery and continue ongoing settlement discussions at this time. Defendant consents to the Court granting Plaintiff's motion herein.

7.

For the foregoing reasons, good cause supports the requested extension of the current close of fact discovery to November 19, 2026.

Respectfully submitted on October 13, 2026.

*[Signature on following page.]*

ANDERSEN, TATE & CARR, P.C.

*/s/ Stephen Morrison*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
STEPHEN D. MORRISON
Georgia Bar No. 700828
smorrison@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Stephen Morrison*

STEPHEN D. MORRISON
Georgia Bar No. 700828
smorrison@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile