**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| K.G.,<br><br>Plaintiff,<br><br>v.<br><br>Shree Vishnu Hotel, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:26-cv-01007-TWT |

**[PROPOSED] ORDER ON CONSENT MOTION TO EXTEND DISCOVERY**

Before the Court is Plaintiff's Consented-to Motion to Extend Discovery, for good cause shown Plaintiff's motion is GRANTED. IT IS HEREBY ORDERED that the Court's Scheduling Order (Doc. 18) is amended and the discovery deadline is EXTENDED through and including November 19, 2026. Further, the deadline for a motion for summary judgment and/or the consolidated pretrial order are extended through and including December 21, 2026.

SO ORDERED this ___ day of October, 2026.

_______________________________
Thomas W. Thrash, Jr.
United States District Judge