**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **K.G.**,<br>*Plaintiff*,<br>v.<br>**Shree Vishnu Hotel, LLC**,<br>*Defendant*. | Civil Action File No.<br>1:26-cv-01007-TWT |

**Stipulation of Dismissal with Prejudice**

Plaintiff K.G. and Defendant Shree Vishnu Hotel, LLC, through their undersigned counsel, stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this action in its entirety, *with prejudice*, including all claims asserted against Defendant.

Plaintiff further withdraws her Motion for Leave to Add Parties and to File Amended Complaint (Doc. 25). No amended complaint will be filed, and no party will be added to this action.

Each party shall bear its own attorney's fees and costs.

*SIGNATURES ON FOLLOWING PAGE*

Respectfully submitted this 10th day of November 2026.

**Andersen, Tate & Carr, P.C.**
*/s/ Patrick J. McDonough*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097
(770) 822-0900
***Attorneys for Plaintiff***

**Downey & Cleveland, LLP**
*/s/ Sean L. Hynes*
Sean L. Hynes
Georgia Bar No. 381698
hynes@downeycleveland.com
288 Washington Avenue
Marietta, Georgia 30060
(770) 422-3233
***Counsel for Defendant***

**Certificate of Service**

I hereby certify that on this date I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

This 10th day of November 2026.

*/s/ Sean L. Hynes*
Sean L. Hynes
Georgia Bar No. 381698
***Counsel for Defendant***